UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
 §
VALENTINO CONSTRUCTION CO., § Case No. 11-35044 ERW
INC.
 §
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RONALD R. PETERSON, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
CLERK OF THE U.S. BANKRUPTCY COURT
KENNETH S. GARDNER
219 S. Dearborn St.
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/02/2013 in Courtroom 744,
UNITED STATES BANKRUPTCY COURT
219 S. Dearborn St.
Chicago, IL  60604
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 08/20/2013                By: UNITED STATES BANKRUPTCY
                                            COURT
                                                            Clerk

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

In re: §
§
VALENTINO CONSTRUCTION CO., § Case No. 11-35044 ERW
INC.
§
Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,000.00 |
| and approved disbursements of | $ | 107.72 |
| leaving a balance on hand of[1] | $ | 4,892.28 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: RONALD R. PETERSON | $ 1,250.00 | $ 0.00 | $ 1,250.00 |
| Trustee Expenses: RONALD R. PETERSON | $ 8.76 | $ 0.00 | $ 8.76 |
| Total to be paid for chapter 7 administrative expenses | | $ | 1,258.76 |
| Remaining Balance | | $ | 3,633.52 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 10,040.70 have been allowed and will be paid _pro rata_ only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 36.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | The Bahr Company<br>1308 Marquette Dr.<br>Romeoville, IL 60446 | $ 10,040.70 | $ 0.00 | $ 3,633.52 |
| | Total to be paid to timely general unsecured creditors | | $ | 3,633.52 |
| | Remaining Balance | | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid _pro rata_ only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Ronald R. Peterson
Trustee

*RONALD R. PETERSON*
*JENNER & BLOCK LLP*
*353 N. CLARK STREET*
*CHICAGO, IL 60654-3456*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Valentino Construction Co., Inc.  
    Debtor

Case No. 11-35044-ERW  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: tmaurer     Page 1 of 2     Date Rcvd: Aug 21, 2013  
                 Form ID: pdf006     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 23, 2013.

```
db              +Valentino Construction Co., Inc.,    102 Rose Court,    Lemont, IL 60439-7504
17722741        +Dale Remodeling and Construction,    c/o R & J Legal Group,    225 W. Washington, Suite 2200,
                  Chicago, IL 60606-3561
17722742        +Dominic Reda,    c/o Barone & Jenkins,    635 Butterfield Road, Suite 145,
                  Oakbrook Terrace, IL 60181-4026
17722743        +Exclusive Windows,    545 Willowbrook Centre Parkway,    Willowbrook, IL 60527-6057
17722744        +Fred E. Bahr Lumber Co.,    c/o Lewis, Overbeck & Furman LLP,    20 N. Clark St., Suite 3200,
                  Chicago, IL 60602-5093
17722745        +Merle B. Smith Company Inc.,    161 Tower Drive, Unit 1,    Willowbrook, IL 60527-8934
17722746        +Sherwin Williams,    16W485 S. Frontage Road,    Suite 110,    Willowbrook, IL 60527-7151
18514009        +The Bahr Company,    1308 Marquette Dr.,    Romeoville, IL 60446-1026
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20723144         E-mail/PDF: rmscedi@recoverycorp.com Aug 22 2013 01:39:43
                  Recovery Management Systems Corporation,    c/o Ramesh Singh,    25 S.E. 2nd Avenue, Suite 1120,
                  Miami, FL 33131-1605
                                                                                              TOTAL: 1
```

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                                  TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 23, 2013**                                **Signature:** _/s/ Joseph Speetjens_

```
District/off: 0752-1           User: tmaurer              Page 2 of 2                   Date Rcvd: Aug 21, 2013
                               Form ID: pdf006            Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 20, 2013 at the address(es) listed below:
              David   Freydin    on behalf of Debtor    Valentino Construction Co., Inc.
               david.freydin@freydinlaw.com, inna.shevchuk@freydinlaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ronald R Peterson    rpeterson@jenner.com, rpeterson@ecf.epiqsystems.com;docketing@jenner.com
                                                                                             TOTAL: 3